IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Corporation Excise Tax

CHENG SHIN RUBBER USA, INC., )
)
Plaintiff, ) TC-MD 150268D
)
v. )
)
DEPARTMENT OF REVENUE, )
State of Oregon, )
)
Defendant. ) **FINAL DECISION**

This matter came before the court on the parties' joint status report, filed April 28, 2017.

Plaintiff appealed Defendant's Notices of Assessment, dated January 20, 2015, for the 2006 through 2013 tax years. On March 15, 2016, the court granted Defendant leave to file its Amended Answer and Claim Under ORS 305.575(Amended Answer), which included a request to increase the deficiency due from Plaintiff for each tax year under appeal. In its Order on Cross Motions for Partial Summary Judgment (Order), issued March 31, 2017, the court concluded that Plaintiff was subject to corporation excise tax in Oregon for the 2006 through 2013 tax years. That Order is incorporated by reference into this Final Decision.

The court's Order did not address the issue of Defendant's claim for additional tax under ORS 305.575. In their joint status report, the parties agreed that "Plaintiff [would] not further contest" that issue in the Magistrate Division. The parties also agreed that Defendant would not seek its costs in this proceeding, and Plaintiff would reserve its right to appeal to the Regular Division. The parties therefore requested that the court enter a final decision in this matter. Having considered the parties' request, the court concludes that this matter is ready for decision. Now, therefore,

IT IS THE DECISION OF THIS COURT that, for the 2006 through 2013 tax years, Plaintiff was subject to corporation excise tax in Oregon in the amounts set forth in Defendant's Amended Answer.

Dated this ____ day of May 2017.

_____
RICHARD DAVIS
MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by __mailing__ to: 1163 State Street, Salem, OR 97301-2563; or by __hand delivery__ to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within __60__ days after the date of the Final Decision or this Final Decision cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on May 11, 2017.*